No. 951. ANDERSON *v.* LOUISIANA. April 2, 1945. Petition for writ of certiorari to the Supreme Court of Lou-

isiana denied.